**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **THE ESTATE OF ROBERT J. HILTON, deceased,** | **Case No. 1:20-CV-04022** |
| **Plaintiff,** | **Judge John F. Kness** |
| **v.** | **Magistrate Judge Beth W. Jantz** |
| **SECURIAN LIFE INSURANCE COMPANY, and PAULA M. OBUCHOWSKI,** | |
| **Defendants.** | |
| **SECURIAN LIFE INSURANCE COMPANY,** | |
| **Counterplaintiff / Third Party Plaintiff,** | |
| **v.** | |
| **PAULA M. OBUCHOWSKI, JUSTIN R. HILTON, and KRYSTAL R. HILTON, individually and as the Independent Administrator of the ESTATE OF ROBERT J. HILTON** | |

## <u>STIPULATION TO DISMISS</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby jointly stipulate to the dismissal of this action.

1.　　The Parties have reached a settlement of all claims.

2.　　The Financial Office of the United States District Court for the Northern District of Illinois has completed all disbursements contemplated by the Parties' settlement.

3.     There remains nothing pending for this Court's consideration other than dismissal of the action.

WHEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is hereby dismissed with prejudice.

RESPECTFULLY SUBMITTED:

***Attorneys for Justin R. Hilton and Krystal R. Hilton***
Brandon Peck (Lead Trial Attorney)
Peter M. Brady
Peck Ritchey, LLC
321 S. Plymouth Ct., 6th Floor
Chicago, IL 60604
Phone: (312) 201-0900
Email: bpeck@peckritchey.com
Email: pbrady@peckritchey.com

By:    /s/ Brandon Peck
       Brandon Peck

***Attorneys for Paula M. Obuchowski***
Patrick M. Griffin (Lead Counsel)
Kristin N. Suchy
Griffin Williams McMahon & Walsh, LLP
21 N. 4th St.
Geneva, IL 60134
Phone: (630) 524-2566
Email: pgriffin@gwmwlaw.com
Email: ksuchy@gwmwlaw.com

By:    /s/ Patrick M. Griffin
       Patrick M. Griffin